# UNITED STATES DISTRICT COURT
### for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Herman King | )<br>)<br>)<br>)<br>) Case No: 4:05-CR-111-1D<br>) USM No: 13430-056 |

Date of Original Judgment:    September 15, 2006  )

Date of Previous Amended Judgment: _____ )  Robert Bell

*(Use Date of Last Amended Judgment if Any)*              *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    ☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The offense level resulted from application of the career offender guideline.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated September 15, 2006, shall remain in effect. **IT IS SO ORDERED.**

Order Date:     __7/9/15__          _____

                                                       *Judge's signature*

Effective Date: _____      James C. Dever III  Chief U.S. District Judge

        *(if different from order date)*                        *Printed name and title*