```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                        EASTERN DIVISION
                        No. 4:05-CR-111-D
                        No. 4:07-CV-121-D
```

|  |  |  |
|---|---|---|
| HERMAN KING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

For good cause having been shown upon Respondent's Motion to Seal, it is hereby

ORDERED that Respondent's Motion to Dismiss [D.E. 108], the Supporting Memorandum [D.E. 109], and Memorandum in Support of Motion to Seal [D.E. 110] be filed under seal.

SO ORDERED. This 22 day of January 2019.

                                                                                 JAMES C. DEVER III
                                                                                 United States District Judge