UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Herman King**  Docket No. 4:05-CR-111-1D

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Lunsmann, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Herman King, who, upon an earlier plea of guilty to Possession with the Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on September 15, 2006, to the custody of the Bureau of Prisons for a term of 204 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On April 2, 2020, pursuant to a motion under 18 U.S.C. § 3582(c)(1)(B), the defendant's sentence of imprisonment was reduced to 147 months and the term of supervised release was reduced to 4 years.

Herman King was released from custody on February 21, 2020, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

King is motivated to be highly successful during his term of supervised release and is committed to showing the court that he is a prosocial and law-abiding individual. He ultimately hopes to gain access to a path to early termination of supervision. Inasmuch as he has an extensive criminal history preventing him from eligibility for the Low Intensity Supervision Program (LISP), it is recommended that he participate in Moral Reconation Therapy through Coastal Horizons Center in Wilmington, North Carolina. Successful completion of this program will increase King's likelihood of success on supervision, permit him future access to the LISP, and increase his opportunity for early termination.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: (910) 346-5103
Executed On: November 6, 2020

Herman King
Docket No. 4:05-CR-111-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___9___ day of __November__, 2020, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge